IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| POLARIS ENGINEERING, INC., | § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. _____ |
| vs. | § § | |
| TEXAS INTERNATIONAL TERMINAL, LTD., | § § § § | |
| Defendant. | § | |

**Exhibit A**

**INDEX OF EXHIBITS**

**Exhibit A**   Index of Exhibits
**Exhibit B**   Docket Sheet
**Exhibit C**   Plaintiff's Original Petition
**Exhibit D**   List of Parties and Counsel